IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WENDY JO PRIMEAU,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

18-cv-136-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                                         12/14/2018

Peter Oppeneer, Clerk of Court                     Date